UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTWAN WILLIAMS BACON,

    Plaintiff,

v.

MIDWESTERN PET FOOD INC., et al.,

    Defendants.
_____/

Case No. 1:21-cv-188

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  September 1, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge